In the Matter of the Application of SAMUEL B. HAM-BURGER et al., Appellants, for Payment of an Award Made in Proceedings to Open Marcy Place.

CITY of NEW YORK, Respondent.

*Matter of Hamburger*, 165 App. Div. 526, affirmed.
(Argued September 28, 1915; decided October 12, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1914, which reversed an order of Special Term granting an application for an order directing payment of an award. The question to be decided on this appeal is whether the owners of easements for street purposes over a parcel of land for which commissioners of estimate and assessment in a proceeding to acquire title to a street pursuant to the provisions of law applicable to the opening of streets in the city of New York, have erroneously made an award for the full fee value, may be permitted to recover the entire award with the exception of the nominal sum of one dollar, the value of the naked incumbered fee.

*Merle I. St. John* and *A. Wheeler Palmer* for appellants.

*Louis H. Hahlo, Corporation Counsel (Joel J. Squier* and *John J. Kearney* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.